# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| RAZICK, HANEE T | § | Case No. 12-84796 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter  7  of the United States Bankruptcy Code was filed on 12/28/2012 .   The undersigned trustee was appointed on  12/28/2015 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of      $     15,100.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 18.20 |
| Bank service fees | 184.71 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]     $     14,897.09

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  02/06/2015  and the deadline for filing governmental claims was  02/06/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,258.80 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,258.80 , for a total compensation of $ 2,258.80 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/20/2015                    By:/s/DANIEL M. DONAHUE
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:    1

Exhibit A

| Case No: | 12-84796 | TML | Judge: THOMAS M. LYNCH | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|---|---|

Case Name:    RAZICK, HANEE T

Date Filed (f) or Converted (c):    12/28/12 (f)

341(a) Meeting Date:    01/24/13

For Period Ending:    11/20/15

Claims Bar Date:    02/06/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Duplex located at 1237-1239 Woodcreek Bend, Rockfo | 170,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 300.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts | 400.00 | 0.00 | | 0.00 | FA |
| 4. Financial Accounts | 200.00 | 0.00 | | 0.00 | FA |
| 5. Financial Accounts | 40.00 | 0.00 | | 0.00 | FA |
| 6. Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 8. Firearms and Hobby Equipment | 450.00 | 0.00 | | 0.00 | FA |
| 9. Vehicles | 1,500.00 | 0.00 | | 0.00 | FA |
| 10. Income tax return (2012) (u) | 8,598.00 | 5,988.00 | | 6,000.00 | FA |
| 11. Preference Actions (u) | 0.00 | 9,100.00 | | 9,100.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $183,988.00 | $15,088.00 | | $15,100.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 12/01/14        Current Projected Date of Final Report (TFR): 12/01/15

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 12-84796 -TML | |
| Case Name: | RAZICK, HANEE T | |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF KANSAS CITY |
| Account Number / CD #: | *******0222  GENERAL CHECKING |

Taxpayer ID No:  *******5890
For Period Ending:  11/20/15

Blanket Bond (per case limit):  $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/03/14 | 11 | JALAL RAZICK | RECOVERY OF PREFERENCE SEC. 547 | 1241-000 | 300.00 | | 300.00 |
| 11/05/14 | 11 | ALAL RAZICK and | RECOVERY OF PREFERENCE SEC. 547 | 1241-000 | 7,000.00 | | 7,300.00 |
| | | IBTIHAJ RAZICK | | | | | |
| | | POB 8500 | | | | | |
| | | Rockford, IL  61126) | | | | | |
| 11/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,290.00 |
| 12/08/14 | 11 | JALAL RAZICK | RECOVERY OF PREFERENCE SEC. 547 | 1241-000 | 300.00 | | 7,590.00 |
| * 12/08/14 | 002001 | JALAL RAZICK | RECOVERY OF PREFERENCE SEC. 547 | 1241-003 | | 300.00 | 7,290.00 |
| * 12/08/14 | 002001 | JALAL RAZICK | RECOVERY OF PREFERENCE SEC. 547 | 1241-003 | | -300.00 | 7,590.00 |
| | | | ERROR - S/B DEPOSIT | | | | |
| 12/29/14 | 11 | JALAL RAZICK | RECOVERY OF PREFERENCE SEC. 547 | 1241-000 | 300.00 | | 7,890.00 |
| 12/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 11.13 | 7,878.87 |
| 01/12/15 | 11 | JALAK RAZICK | RECOVERY OF PREFERENCE SEC. 547 | 1241-000 | 300.00 | | 8,178.87 |
| 01/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 11.93 | 8,166.94 |
| 02/06/15 | 11 | JALAL RAZICK | RECOVERY OF PREFERENCE SEC. 547 | 1241-000 | 300.00 | | 8,466.94 |
| 02/27/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 11.22 | 8,455.72 |
| 03/06/15 | 11 | JALAL RAZICK | RECOVERY OF PREFERENCE SEC. 547 | 1241-000 | 300.00 | | 8,755.72 |
| 03/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 12.86 | 8,742.86 |
| 04/06/15 | 11 | JALAL RAZICK | RECOVERY OF PREFERENCE SEC. 547 | 1241-000 | 300.00 | | 9,042.86 |
| 04/15/15 | 10 | HANEE T RAZICK | INCOME TAX REFUND | 1224-000 | 1,000.00 | | 10,042.86 |
| 04/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 13.40 | 10,029.46 |
| 05/12/15 | 10 | HANEE T RAZICK | INCOME TAX REFUND | 1224-000 | 1,000.00 | | 11,029.46 |
| 05/29/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 15.70 | 11,013.76 |
| 06/08/15 | 10 | HANEE T RAZICK | INCOME TAX REFUND | 1224-000 | 1,000.00 | | 12,013.76 |
| 06/15/15 | 002002 | INTERNATIONAL SURETIES, LTD. | Chapter 7 Blanket Bond | 2300-000 | | 6.20 | 12,007.56 |
| | | ONE SHELL SQUARE | Bond #016018067 | | | | |
| | | 701 POYDRAS ST., STE. 420 | | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |

Page Subtotals  12,100.00   92.44

FORM 2                                                                                                   Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                       Exhibit B

| Case No: | 12-84796 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | RAZICK, HANEE T | Bank Name: | BANK OF KANSAS CITY |
| | | Account Number / CD #: | *******0222 GENERAL CHECKING |
| Taxpayer ID No: | *******5890 | | |
| For Period Ending: | 11/20/15 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 16.72 | 11,990.84 |
| 07/06/15 | 10 | HANEE T RAZICK | INCOME TAX REFUND | 1224-000 | 1,000.00 | | 12,990.84 |
| 07/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 18.91 | 12,971.93 |
| 08/18/15 | 10 | HANEE T RAZICK | INCOME TAX REFUND | 1224-000 | 1,000.00 | | 13,971.93 |
| 08/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 19.78 | 13,952.15 |
| 09/10/15 | 10 | HANEE T RAZICK | INCOME TAX REFUND | 1224-000 | 1,000.00 | | 14,952.15 |
| 09/16/15 | 002003 | HANEE T RAZICK | REFUND OF OVERPAYMENT | 2990-000 | | 12.00 | 14,940.15 |
| | | 1239 Woodcreek Bend | | | | | |
| | | Rockford, IL 61108 | | | | | |
| 09/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 20.87 | 14,919.28 |
| 10/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 22.19 | 14,897.09 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 15,100.00 | 202.91 | 14,897.09 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 15,100.00 | 202.91 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 15,100.00 | 202.91 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | 15,100.00 | 202.91 | 14,897.09 |
| GENERAL CHECKING - *******0222 | | | |
| | ---------------------- | ---------------------- | ---------------------- |
| | 15,100.00 | 202.91 | 14,897.09 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          3,000.00          110.47

Ver: 19.00

LFORM24

**EXHIBIT C**
ANALYSIS OF CLAIMS REGISTER

Date: November 20, 2015

Case Number:   12-84796
Debtor Name:   RAZICK, HANEE T

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | | | | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|---|---|---|
| 001 2100-00 | DANIEL M. DONAHUE | Administrative | | | | | $0.00 | $2,258.80 | $2,258.80 |
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Administrative | Filed 06/15/15 Chapter 7 Blanket Bond Bond #016018067 | | | | $0.00 | $6.20 | $6.20 |
| | | | 1159400222 | 06/15/15 | 2002 | | | 6.20 | |
| 001 2700-00 | United States Bankruptcy Court 327 South Church Street Rockford, IL 61101 | Administrative | | | | | $0.00 | $586.00 | $586.00 |
| 001 3110-00 | MCGREEVY WILLIAMS | Administrative | | | | | $0.00 | $1,896.00 | $1,896.00 |
| 001 3120-00 | MCGREEVY WILLIAMS | Administrative | | | | | $0.00 | $57.90 | $57.90 |
| 001 3210-00 | Bernard J. Natale, Ltd. 6833 Stalter Dr., Ste. 201 Rockford, IL 61108 | Administrative | | | | | $0.00 | $3,774.00 | $3,774.00 |
| 001 3220-00 | Bernard J. Natale, Ltd. 6833 Stalter Dr., Ste. 201 Rockford, IL 61108 | Administrative | | | | | $0.00 | $44.10 | $44.10 |
| 000001 070 7100-00 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Unsecured | Filed 11/11/14 | | | | $0.00 | $3,011.02 | $3,011.02 |
| 000002 070 7100-00 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | Filed 12/10/14 (2-1) CREDIT CARD DEBT | | | | $0.00 | $8,597.76 | $8,597.76 |
| 000003 070 7100-00 | Citibank, N.A. 701 East 60th Street North Sioux Falls, SD 57117 | Unsecured | Filed 02/06/15 | | | | $0.00 | $7,259.54 | $7,259.54 |

| Page 2 | | EXHIBIT C | | | | Date: November 20, 2015 |
| --- | --- | --- | --- | --- | --- | --- |
| | | ANALYSIS OF CLAIMS REGISTER | | | | |

Case Number:   12-84796
Debtor Name:   RAZICK, HANEE T

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| --- | --- | --- | --- | --- | --- | --- |
| 000004 | Citibank, N.A. | Unsecured | Filed 02/06/15 | $0.00 | $15,716.76 | $15,716.76 |
| 070 | 701 East 60th Street North | | | | | |
| 7100-00 | Sioux Falls, SD 57117 | | | | | |
| | Case Totals: | | | $0.00 | $43,208.08 | $43,208.08 |

   Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-84796
Case Name: RAZICK, HANEE T
Trustee Name: DANIEL M. DONAHUE

Balance on hand                                    $            14,897.09

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 2,258.80 | $ 0.00 | $ 2,258.80 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 1,896.00 | $ 0.00 | $ 1,896.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 57.90 | $ 0.00 | $ 57.90 |
| Charges: United States Bankruptcy Court | $ 586.00 | $ 0.00 | $ 586.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 6.20 | $ 6.20 | $ 0.00 |
| Other: Bernard J. Natale, Ltd. | $ 3,774.00 | $ 0.00 | $ 3,774.00 |
| Other: Bernard J. Natale, Ltd. | $ 44.10 | $ 0.00 | $ 44.10 |

Total to be paid for chapter 7 administrative expenses          $          8,616.80

Remaining Balance          $          6,280.29

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 34,585.08  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  18.2  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 000001 | Discover Bank | $        3,011.02 | $           0.00 | $          546.77 |
| 000002 | American Express Centurion Bank | $        8,597.76 | $           0.00 | $        1,561.26 |
| 000003 | Citibank, N.A. | $        7,259.54 | $           0.00 | $        1,318.26 |
| 000004 | Citibank, N.A. | $      15,716.76 | $           0.00 | $        2,854.00 |

Total to be paid to timely general unsecured creditors          $            6,280.29

Remaining Balance          $                0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE