UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
RAZICK, HANEE T                       §        Case No. 12-84796
                                      §
        Debtor                        §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        U.S. Bankruptcy Clerk's Office
        Stanley J. Roszkowski U.S. Courthouse
        327 South Church Street
        Room 1100
        Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 12/28/2015 in Courtroom 3100,
        U.S. Courthouse
        327 South Church Street
        Rockford, IL  61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____            By: /s/ Daniel M. Donahue_____
                                                              Trustee


*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
RAZICK, HANEE T § Case No. 12-84796
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 15,100.00 |
| and approved disbursements of | $ | 202.91 |
| leaving a balance on hand of[1] | $ | 14,897.09 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DANIEL M. DONAHUE | $ 2,258.80 | $ 0.00 | $ 2,258.80 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 1,896.00 | $ 0.00 | $ 1,896.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 57.90 | $ 0.00 | $ 57.90 |
| Charges: United States Bankruptcy Court | $ 586.00 | $ 0.00 | $ 586.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 6.20 | $ 6.20 | $ 0.00 |
| Other: Bernard J. Natale, Ltd. | $ 3,774.00 | $ 0.00 | $ 3,774.00 |
| Other: Bernard J. Natale, Ltd. | $ 44.10 | $ 0.00 | $ 44.10 |
| Total to be paid for chapter 7 administrative expenses | | $ | 8,616.80 |
| Remaining Balance | | $ | 6,280.29 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 34,585.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 3,011.02 | $ 0.00 | $ 546.77 |
| 000002 | American Express Centurion Bank | $ 8,597.76 | $ 0.00 | $ 1,561.26 |
| 000003 | Citibank, N.A. | $ 7,259.54 | $ 0.00 | $ 1,318.26 |
| 000004 | Citibank, N.A. | $ 15,716.76 | $ 0.00 | $ 2,854.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 6,280.29 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
            Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 12-84796-TML
Hanee T. Razick                                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: kkrystave          Page 1 of 2          Date Rcvd: Dec 03, 2015
                              Form ID: pdf006          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2015.
```
db           #+Hanee T. Razick,    1239 Woodcreek Bend,    Rockford, IL 61108-1512
22718038       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19863845      +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
19863848     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:   Bank Of America,    Po Box 982235,    El Paso, TX 79998)
19863849      +Broyhill Furniture Industries,    P.O. Box 536753,    Atlanta, GA 30353-6753
19863850      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
19863853      +Chase Business Ink,    Po Box 15298,    Wilmington, DE 19850-5298
19863855      +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
22904249      +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
19863859      +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
19863862      +NCB Management Services,    P.O. Box 1099,    Langhorne, PA 19047-6099
19863863      +Northwest Bank of Rockford,    3106 N Rockton Ave,    Rockford, IL 61103-2800
19863864       Rockford Health Physicians,    Department 4701,    Carol Stream, IL 60122-4701
19863865       Rockford Health System,    Dept. 4628,    Carol Stream, IL 60122-4628
19863866      +Rockford Mercantile,    P.O. Box 5847,    Rockford, IL 61125-0847
19863869      +Rockford Orthopedic Associates,    P.O. Box 5247,    Rockford, IL 61125-0247
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19863857       E-mail/Text: aquist@creditorsprotection.com Dec 04 2015 01:19:56
                Creditors' Protection Service, Inc.,    308 W. State St. Ste. 485,    P.O .Box 4115,
                Rockford, IL 61110-0615
22619823       E-mail/Text: mrdiscen@discover.com Dec 04 2015 01:17:31     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19863858      +E-mail/Text: mrdiscen@discover.com Dec 04 2015 01:17:31     Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
                                                                                              TOTAL: 3
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19863846*     +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
19863847*     +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
19863852*     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
19863851*     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
19863856*     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
19863860*     +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
19863861*     +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
19863867*     +Rockford Mercantile,    P.O. Box 5847,    Rockford, IL 61125-0847
19863868*     +Rockford Mercantile,    P.O. Box 5847,    Rockford, IL 61125-0847
19863871*     +Transworld Systems Inc,    2235 Mercury Way Ste 275,    Santa Rosa, CA 95407-5463
19863854     ##+Chicago Foot and Ankle,    233 East Erie,    Suite 702,    Chicago, IL 60611-5933
19863870     ##+Transworld Systems Inc,    2235 Mercury Way Ste 275,    Santa Rosa, CA 95407-5463
                                                                                 TOTALS: 0, * 10, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2015                                    Signature:  /s/Joseph Speetjens

```
District/off: 0752-3          User: kkrystave              Page 2 of 2                  Date Rcvd: Dec 03, 2015
                              Form ID: pdf006              Total Noticed: 19
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2015 at the address(es) listed below:
          Carole J. Ryczek    on behalf of U.S. Trustee Patrick S Layng carole.ryczek@usdoj.gov
          Daniel  Donahue    on behalf of Trustee Daniel M. Donahue ddonahue@mjwpc.com,
           ddonahue@ecf.epiqsystems.com
          Daniel M Donahue    on behalf of Trustee Daniel M. Donahue ddonahue@mjwpc.com
          Daniel M. Donahue    ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
          Daniel M. Donahue    on behalf of Spec. Counsel Bernard J Natale ddonahue@mjwpc.com,
           ddonahue@ecf.epiqsystems.com
          David L Davitt    on behalf of Defendant Jalal  Razick ddavitt@rockriverlaw.com,
           bethhugdahl@rockriverlaw.com;davittlegal@gmail.com
          David L Davitt    on behalf of Defendant Nabeel  Razick ddavitt@rockriverlaw.com,
           bethhugdahl@rockriverlaw.com;davittlegal@gmail.com
          David L Davitt    on behalf of Creditor Nabeel  Razick ddavitt@rockriverlaw.com,
           bethhugdahl@rockriverlaw.com;davittlegal@gmail.com
          Jason H Rock    on behalf of Debtor 1 Hanee T. Razick jrock@bslbv.com
          Meghan N Bolte    on behalf of Trustee Daniel M. Donahue mmagnuson@bjnatalelaw.com,
           mbolte@bjnatalelaw.com
          Meghan N Bolte    on behalf of Plaintiff Daniel M Donahue mmagnuson@bjnatalelaw.com,
           mbolte@bjnatalelaw.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Timothy F. Horning    on behalf of Creditor   Northwest Bank of Rockford thmeyerhorning@aol.com
                                                                                             TOTAL: 13
```