UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
RAZICK, HANEE T § Case No. 12-84796
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 155,000.00 *(Without deducting any secured claims)* | Assets Exempt: 20,390.00 |
| Total Distributions to Claimants: 6,280.29 | Claims Discharged Without Payment: 173,115.73 |
| Total Expenses of Administration: 8,819.71 | |

3) Total gross receipts of $ 15,100.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 15,100.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 222,793.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 8,819.71 | 8,819.71 | 8,819.71 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 156,224.94 | 34,585.08 | 34,585.08 | 6,280.29 |
| **TOTAL DISBURSEMENTS** | $ 379,017.94 | $ 43,404.79 | $ 43,404.79 | $ 15,100.00 |

    4)  This case was originally filed under chapter 7 on  12/28/2012 .  The case was pending for 38 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/10/2016                     By:/s/DANIEL M. DONAHUE
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Income tax return (2012) | 1224-000 | 6,000.00 |
| Preference Actions | 1241-000 | 9,100.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 15,100.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northwest Bank of Rockford 3106 N Rockton Ave Rockford, IL 61103 | | 222,793.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 222,793.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE | 2100-000 | NA | 2,258.80 | 2,258.80 | 2,258.80 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 6.20 | 6.20 | 6.20 |
| BANK OF KANSAS CITY | 2600-000 | NA | 184.71 | 184.71 | 184.71 |
| UNITED STATES BANKRUPTCY COURT | 2700-000 | NA | 586.00 | 586.00 | 586.00 |
| RAZICK, HANEE T | 2990-000 | NA | 12.00 | 12.00 | 12.00 |
| MCGREEVY WILLIAMS | 3110-000 | NA | 1,896.00 | 1,896.00 | 1,896.00 |
| MCGREEVY WILLIAMS | 3120-000 | NA | 57.90 | 57.90 | 57.90 |
| BERNARD J. NATALE | 3210-000 | NA | 3,774.00 | 3,774.00 | 3,774.00 |
| BERNARD J. NATALE, LTD. | 3220-000 | NA | 44.10 | 44.10 | 44.10 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 8,819.71 | $ 8,819.71 | $ 8,819.71 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | 4,910.00 | NA | NA | 0.00 |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | 16,036.00 | NA | NA | 0.00 |
| | Broyhill Furniture Industries P.O. Box 536753 Atlanta, GA 30353-6653 | | 10,772.70 | NA | NA | 0.00 |
| | Chase Business Ink Po Box 15298 Wilmington, DE 19850 | | 10,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | 13,023.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 12,496.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 7,921.00 | NA | NA | 0.00 |
| | Chicago Foot and Ankle 233 East Erie Suite 702 Chicago, IL 60611 | | 0.00 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 15,671.00 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 7,224.00 | NA | NA | 0.00 |
| | Creditors' Protection Service, Inc. 308 W. State St. Ste. 485 P.O .Box 4115 Rockford, IL 61110-0615 | | 103.09 | NA | NA | 0.00 |
| | Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | 16,521.00 | NA | NA | 0.00 |
| | Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | 10,463.00 | NA | NA | 0.00 |
| | Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | 9,763.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NCB Management Services P.O. Box 1099 Langhorne, PA 19047 | | 0.00 | NA | NA | 0.00 |
| | Rockford Health Physicians Department 4701 Carol Stream, IL 60122-4701 | | 528.30 | NA | NA | 0.00 |
| | Rockford Health System Dept. 4628 Carol Stream, IL 60122-4628 | | 5,956.85 | NA | NA | 0.00 |
| | Rockford Mercantile P.O. Box 5847 Rockford, IL 61125 | | 528.00 | NA | NA | 0.00 |
| | Rockford Mercantile P.O. Box 5847 Rockford, IL 61125 | | 335.00 | NA | NA | 0.00 |
| | Rockford Mercantile P.O. Box 5847 Rockford, IL 61125 | | 247.00 | NA | NA | 0.00 |
| | Rockford Orthopedic Associates P.O. Box 5247 Rockford, IL 61125 | | 0.00 | NA | NA | 0.00 |
| | Transworld Systems Inc 2235 Mercury Way Ste 275 Santa Rosa, CA 95407 | | 1,812.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Transworld Systems Inc 2235 Mercury Way Ste 275 Santa Rosa, CA 95407 | | 500.00 | NA | NA | 0.00 |
| 000002 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 8,438.00 | 8,597.76 | 8,597.76 | 1,561.26 |
| 000003 | CITIBANK, N.A. | 7100-000 | NA | 7,259.54 | 7,259.54 | 1,318.26 |
| 000004 | CITIBANK, N.A. | 7100-000 | NA | 15,716.76 | 15,716.76 | 2,854.00 |
| 000001 | DISCOVER BANK | 7100-000 | 2,976.00 | 3,011.02 | 3,011.02 | 546.77 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 156,224.94 | $ 34,585.08 | $ 34,585.08 | $ 6,280.29 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-84796 | TML | Judge: THOMAS M. LYNCH | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | RAZICK, HANEE T | | | | Date Filed (f) or Converted (c): | 12/28/12 (f) |
| | | | | | 341(a) Meeting Date: | 01/24/13 |
| For Period Ending: | 02/10/16 | | | | Claims Bar Date: | 02/06/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Duplex located at 1237-1239 Woodcreek Bend, Rockfo | 170,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 300.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts | 400.00 | 0.00 | | 0.00 | FA |
| 4. Financial Accounts | 200.00 | 0.00 | | 0.00 | FA |
| 5. Financial Accounts | 40.00 | 0.00 | | 0.00 | FA |
| 6. Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 8. Firearms and Hobby Equipment | 450.00 | 0.00 | | 0.00 | FA |
| 9. Vehicles | 1,500.00 | 0.00 | | 0.00 | FA |
| 10. Income tax return (2012) (u) | 8,598.00 | 5,988.00 | | 6,000.00 | FA |
| 11. Preference Actions (u) | 0.00 | 9,100.00 | | 9,100.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)     $183,988.00     $15,088.00     $15,100.00     $0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 12/01/14     Current Projected Date of Final Report (TFR): 12/01/15

LFORM1       Ver: 19.05c

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-84796 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | RAZICK, HANEE T | Bank Name: | BANK OF KANSAS CITY |
| | | Account Number / CD #: | *******0222 GENERAL CHECKING |
| Taxpayer ID No: | *******5890 | | |
| For Period Ending: | 02/10/16 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/03/14 | 11 | JALAL RAZICK | RECOVERY OF PREFERENCE SEC. 547 | 1241-000 | 300.00 | | 300.00 |
| 11/05/14 | 11 | ALAL RAZICK and IBTIHAJ RAZICK POB 8500 Rockford, IL  61126) | RECOVERY OF PREFERENCE SEC. 547 | 1241-000 | 7,000.00 | | 7,300.00 |
| 11/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,290.00 |
| 12/08/14 | 11 | JALAL RAZICK | RECOVERY OF PREFERENCE SEC. 547 | 1241-000 | 300.00 | | 7,590.00 |
| * 12/08/14 | 002001 | JALAL RAZICK | RECOVERY OF PREFERENCE SEC. 547 | 1241-003 | | 300.00 | 7,290.00 |
| * 12/08/14 | 002001 | JALAL RAZICK | RECOVERY OF PREFERENCE SEC. 547 ERROR - S/B DEPOSIT | 1241-003 | | -300.00 | 7,590.00 |
| 12/29/14 | 11 | JALAL RAZICK | RECOVERY OF PREFERENCE SEC. 547 | 1241-000 | 300.00 | | 7,890.00 |
| 12/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 11.13 | 7,878.87 |
| 01/12/15 | 11 | JALAK RAZICK | RECOVERY OF PREFERENCE SEC. 547 | 1241-000 | 300.00 | | 8,178.87 |
| 01/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 11.93 | 8,166.94 |
| 02/06/15 | 11 | JALAL RAZICK | RECOVERY OF PREFERENCE SEC. 547 | 1241-000 | 300.00 | | 8,466.94 |
| 02/27/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 11.22 | 8,455.72 |
| 03/06/15 | 11 | JALAL RAZICK | RECOVERY OF PREFERENCE SEC. 547 | 1241-000 | 300.00 | | 8,755.72 |
| 03/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 12.86 | 8,742.86 |
| 04/06/15 | 11 | JALAL RAZICK | RECOVERY OF PREFERENCE SEC. 547 | 1241-000 | 300.00 | | 9,042.86 |
| 04/15/15 | 10 | HANEE T RAZICK | INCOME TAX REFUND | 1224-000 | 1,000.00 | | 10,042.86 |
| 04/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 13.40 | 10,029.46 |
| 05/12/15 | 10 | HANEE T RAZICK | INCOME TAX REFUND | 1224-000 | 1,000.00 | | 11,029.46 |
| 05/29/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 15.70 | 11,013.76 |
| 06/08/15 | 10 | HANEE T RAZICK | INCOME TAX REFUND | 1224-000 | 1,000.00 | | 12,013.76 |
| 06/15/15 | 002002 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA  70139 | Chapter 7 Blanket Bond Bond #016018067 | 2300-000 | | 6.20 | 12,007.56 |

Page Subtotals  12,100.00  92.44

Ver: 19.05c

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-84796 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | RAZICK, HANEE T | Bank Name: | BANK OF KANSAS CITY |
| | | Account Number / CD #: | *******0222  GENERAL CHECKING |
| Taxpayer ID No: | *******5890 | | |
| For Period Ending: | 02/10/16 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 16.72 | 11,990.84 |
| 07/06/15 | 10 | HANEE T RAZICK | INCOME TAX REFUND | 1224-000 | 1,000.00 | | 12,990.84 |
| 07/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 18.91 | 12,971.93 |
| 08/18/15 | 10 | HANEE T RAZICK | INCOME TAX REFUND | 1224-000 | 1,000.00 | | 13,971.93 |
| 08/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 19.78 | 13,952.15 |
| 09/10/15 | 10 | HANEE T RAZICK | INCOME TAX REFUND | 1224-000 | 1,000.00 | | 14,952.15 |
| 09/16/15 | 002003 | HANEE T RAZICK<br>1239 Woodcreek Bend<br>Rockford, IL  61108 | REFUND OF OVERPAYMENT | 2990-000 | | 12.00 | 14,940.15 |
| 09/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 20.87 | 14,919.28 |
| 10/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 22.19 | 14,897.09 |
| 12/30/15 | 002004 | DANIEL M. DONAHUE | Trustee Compensation | 2100-000 | | 2,258.80 | 12,638.29 |
| 12/30/15 | 002005 | United States Bankruptcy Court<br>327 South Church Street<br>Rockford, IL  61101 | Clerk of the Courts Costs (includes | 2700-000 | | 586.00 | 12,052.29 |
| 12/30/15 | 002006 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,896.00 | 10,156.29 |
| 12/30/15 | 002007 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 57.90 | 10,098.39 |
| 12/30/15 | 002008 | Bernard J. Natale, Ltd.<br>6833 Stalter Dr., Ste. 201<br>Rockford, IL  61108 | Attorney for Trustee Fees (Other Fi | 3210-000 | | 3,774.00 | 6,324.39 |
| 12/30/15 | 002009 | Bernard J. Natale, Ltd.<br>6833 Stalter Dr., Ste. 201<br>Rockford, IL  61108 | Attorney for Trustee Expenses (Othe | 3220-000 | | 44.10 | 6,280.29 |
| 12/30/15 | 002010 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 18.2% | 7100-000 | | 546.77 | 5,733.52 |
| 12/30/15 | 002011 | American Express Centurion Bank<br>c o Becket and Lee LLP | Claim 000002, Payment 18.2% | 7100-000 | | 1,561.26 | 4,172.26 |

Page Subtotals     3,000.00     10,835.30

Ver: 19.05c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-84796 -TML | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- |
| Case Name: | RAZICK, HANEE T | Bank Name: | BANK OF KANSAS CITY |
| | | Account Number / CD #: | *******0222  GENERAL CHECKING |
| Taxpayer ID No: | *******5890 | | |
| For Period Ending: | 02/10/16 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/30/15 | 002012 | POB 3001<br>Malvern, PA 19355-0701<br>Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57117 | Claim 000003, Payment 18.2% | 7100-000 | | 1,318.26 | 2,854.00 |
| 12/30/15 | 002013 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57117 | Claim 000004, Payment 18.2% | 7100-000 | | 2,854.00 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 15,100.00 | 15,100.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 15,100.00 | 15,100.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 15,100.00 | 15,100.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| GENERAL CHECKING - *******0222 | 15,100.00 | 15,100.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 15,100.00 | 15,100.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   4,172.26

Ver: 19.05c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*